pellants. H. W. Unger, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1114.

---

In re EXTENSION OF OTTILIA ST. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) In the matter of the acquisition of lands for the extension of Ottilia Street. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

In re FANONI et al., (Supreme Court, Appellate Division, Second Department. June 4, 1915.) In the matter of the judicial settlement of the account of Emily S. Fanoni and another, as trustee of Abbie A. Merrill, deceased. No opinion. Decree of the Surrogate's Court of Kings County (88 Misc. Rep. 442, 152 N. Y. Supp. 218) affirmed, with costs.

---

FANTON, Respondent, v. ELLIOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Leonard Fanton against Frank Elliott. No opinion. Judgment affirmed, with costs.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 20973, issued to Joseph H. Miller.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. See, also, 163 App. Div. 915, 147 N. Y. Supp. 1110.

---

FARNUM v. HARRISON. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by William Farnum against William H. Harrison. No opinion. Motion granted. Order filed. See, also, 152 N. Y. Supp. 835.

---

FEDERMAN, Appellant, v. RIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Philip Federman against Carl Rieger. (Action No. 2.) No opinion. Motion for reargument (151 N. Y. Supp. 1115) denied, with $10 costs.

---

FERRIS, Appellant, v. McCLENAHAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Eugenie V. H. Ferris against James McClenahan, as substituted trustee, impleaded with others. G. Gordon, of New York City, for appellant. H. M. Haviland, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

---

FICHTER, Respondent, v. HALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Frank A. Fichter against Lillian A. Hall and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

---

In re FIRESTONE. (Supreme Court, Appellate Division, First Department. May 21, 1915.) In the matter of Charles Firestone, an attorney. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice.

---

FIRST NAT. BANK OF LITCHFIELD, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by First National Bank of Litchfield against Mary E. Jones and another. J. E. Coleman, of New York City, for appellants. D. W. Richards, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

FISHMAN, Appellant, v. BAUMSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Isaac Fishman against William Baumstein. J. Bogart, of New York City, for appellant. A. A. Mayper, of New York City, for respondent. No opinion. Determination (150 N. Y. Supp. 101) affirmed, with costs, and judgment to be entered under the stipulation, dismissing complaint, with costs. Order filed. See, also, 151 N. Y. Supp. 1116.

---

FITZGERALD v. KELLY. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Harry J. Fitzgerald against Walter C. Kelly. No opinion. Application granted. Order signed. See, also, 153 N. Y. Supp. 1114.

---

FITZGERALD v. KELLY. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Harry J. Fitzgerald against Walter C. Kelly. No opinion. Motion for stay granted. Settle order on notice. See, also, 153 N. Y. Supp. 1114.

---

FLEMING v. BACON. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by George H. Fleming against Jessie B. Bacon. No opinion. Motion granted, with $10 costs. Order filed.

---

FLYNN, Appellant, v. FLYNN, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Martha V. Flynn against Timothy A. Flynn. A. Merchant, Jr., of New York City, for appellant. E. A. Scott, of New York City, for respondent.

No opinion. Order affirmed, without costs, without prejudice to application by plaintiff to compel, upon proper demand, the payment of the alimony unpaid since July 1, 1914. Order filed.

---

FOGARTY, Respondent, v. NEW YORK DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Joseph Fogarty against the New York Dock Company. No opinion. Order affirmed, with $10 costs and disbursements, which may be set off against the former judgment, upon the ground that the defendant, by participating in the progress of this action, has waived its right to the stay. See, also, 157 App. Div. 924, 142 N. Y. Supp. 625.

---

FORD v. JOHN WANAMAKER. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Emily M. Ford against John Wanamaker. No opinion. Motion denied, with $10 costs, without prejudice to a motion at Special Term. Order filed. See, also, 165 App. Div. 284, 150 N. Y. Supp. 795.

---

FORD, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Alice Ford, as administratrix, against the New York, New Haven & Hartford Railroad Company. J. W. Carpenter, of Brooklyn, for appellant. T. J. O'Neill, of Yonkers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

FT. STANWIX CANNING CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by the Ft. Stanwix Canning Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

FOX, Appellant, v. MULLIGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by William Fox against Lawrence Mulligan and another. S. E. Rogers, of New York City, for appellant. E. Blumenstiel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FREAR v. LEWIS et al. (Supreme Court, Appellate Division, Second Department. June 18, 1915.) Action by Frank B. Frear against Alfred H. Lewis and another. No opinion. Motion granted, without costs. See, also, 166 App. Div. 210, 151 N. Y. Supp. 486.

---

FREEMAN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Louis Freeman against the Long Island Railroad Company. PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Mills was so substituted. Judgment unanimously affirmed, with costs.

---

FREEMAN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Robert J. Freeman, an infant, by Louis Freeman, his guardian ad litem, against the Long Island Railroad Company. PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Mills was so substituted. Judgment unanimously affirmed, with costs.

---

FRIBOURG v. EMIGRANT INDUSTRIAL SAVINGS BANK. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Louisa Fribourg against Emigrant Industrial Savings Bank. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 88 Misc. Rep. 282, 151 N. Y. Supp. 807.

---

FRIED v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied, without costs. See, also, 150 N. Y. Supp. 1086.

---

FRIED, Appellant, v. NEW YORK, N. H. & H. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company. Appeal No. 1. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1115.

---

FRIED, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Oscar Fried against New York, New Haven & Hartford Railroad Company. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1115.

---

GAROFANO, Respondent, v. COVINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by James Garofano, as administrator, etc., against Vincenzo Covino and Sabino Guarino. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 153 N. Y. Supp. 1115.

---

GAROFANO, Respondent, v. COVINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Ac-